UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:15-CR-10336-001-LTS |
| RICHARD ALAN HERSEY, | ) |
| Defendant. | ) |
| *and* | ) |
| MERRILL LYNCH, | ) |
| Garnishee. | ) |

## WRIT OF GARNISHMENT

TO:   Merrill Lynch
      New York City, New York

The United States of America believes you to be in possession or control of funds or property belonging to the Defendant, Richard Alan Hersey (hereinafter "Hersey") and that he has a substantial nonexempt interest.

On August 23, 2016, judgment entered in the United States District Court for the District of Massachusetts against Hersey, social security number \*\*\*-\*\*-6549, last known address in Winthrop, MA, who is indebted for the judgment amount of $448,487.05, plus accrued interest at the rate of 0.61 percent per annum. The current total balance is $231,064.53.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by Hersey, including disposable income, and, if so, you must describe such property and the value of such interest. You must then describe any previous garnishments to which such property is subject

and the extent to which any remaining property is not exempt. Property that is exempt from this Writ is listed on the attached Claim for Exemption Form. You must also state the amount of debt, if any, you anticipate owing to Hersey in the future and the type of payment schedule.

**You must immediately withhold and retain any property in which Hersey has a substantial nonexempt interest and for which you are or may become indebted to Hersey pending further order of the Court. This includes any new property of Hersey's over which you obtain control or possession while this Writ is in effect. This Writ shall apply to any and all accounts for which Hersey is signatory.**

You must file, **within ten (10) days** of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both Hersey, located in Winthrop, MA and Brendan T. Mockler, Assistant U.S. Attorney located at the U.S. Attorney's Office, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date.

If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Hersey's nonexempt property. It is illegal to pay or deliver to Hersey any item attached by this Writ.

ROBERT M. FARRELL
Clerk, United States District Court

By:

/s/ Flaviana de Oliveira
Deputy Clerk

Date: 6/18/2025

